ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 2 0 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY



ENTER / JS-6

FILED
CLERK, U.S. DISTRICT COURT

MAY 2 0 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DEREK WILLIAMS, ) | Case No. EDCV 11-742 AHM (AN) |
|         Petitioner, ) | JUDGMENT |
|    v. ) | |
|         Respondent. ) | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

DATED: May ___, 2011

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE